**Electronically Filed
Supreme Court
SCWC-16-0000025
25-JUL-2017
10:31 AM**

SCWC-16-0000025

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE
FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-1,
MORTGAGE-BACKED NOTES, SERIES 2006-1,
Respondent/Plaintiff-Appellee,

v.

PHILIP E. KOZMA, Petitioner/Defendant-Appellant,
and E*TRADE BANK; THE ASSOCIATION OF OWNERS OF KAHALA KUA
aka KAHALA KUA COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees.
(CIVIL NO. 10-1-0686-03)

AND

THE ASSOCIATION OF OWNERS OF KAHALA KUA aka
KAHALA KUA COMMUNITY ASSOCIATION, A HAWAII NONPROFIT
CORPORATION, BY AND THROUGH ITS BOARD OF DIRECTORS,
Respondent/Plaintiff-Appellee,

v.

PHILIP E. KOZMA, Petitioner/Defendant-Appellant,
and AMERICAN HOME MORTGAGE SERVICING, INC.; E*TRADE BANK,
Respondents/Defendants-Appellees.
(CIVIL NO. 08-1-1850-09)

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000025)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Philip E. Kozma's application for writ of certiorari filed on June 15, 2017, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, July 25, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson